UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Mr William K. Cole )
)
_____ )
)
_____ )
(Enter above the full name of the )
Plaintiff(s) in this action. Include prison )
registration number(s).) )
)
v. )
) Case No. _____
State of Missouri Vandalia police ) (To be assigned by Clerk)
)
State of Missouri Audran County Court )
State of Missouri Audran )
Prosecuto attorney office )
State of Missouri Audran )
Public Defender office )
)
_____ )
(Enter above the full name of ALL Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

**PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983**

I.  PLACE OF PRESENT CONFINEMENT:

_____

II. PREVIOUS CIVIL ACTIONS:

   A.  Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

   YES [ ]        NO [X]

B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

   Plaintiff(s): _____No_____
   _____No_____

   Defendant(s): _____No_____
   _____No_____

2. Court where filed: _____No_____

3. Docket or case number: _____No_____

4. Name of Judge: _____No_____

5. Basic claim made: _____No_____
   _____No_____
   _____No_____

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):
   _____No_____

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

   YES [✓]          NO [ ]

B. Have you presented this grievance system the facts which are at issue in this complaint?

   YES [✓]          NO [ ]

C. If your answer to "B" is YES, what steps did you take: _____

_____

_____

D. If your answer to "B" is NO, explain why you have not used the grievance system:
N/A

IV. PARTIES TO THIS ACTION:

A. Plaintiff(s)

1. Name of Plaintiff: Mr William K. Cole
2. Plaintiff's address: Jefferson City Correction Center Classification staff 8200 No More Victims rd Jefferson City MO 65101
3. Registration number: 1002523
4. Additional Plaintiff(s) and address(es): _____

B. Defendant(s)

1. Name of Defendant: Audrain County Court and Prosecuto Attorney and Audrain Aiss (Stant Public Defender and Vandalia P.D Police
2. Defendant's address: _____
3. Defendant's employer and job title: _____
4. Additional Defendant(s) and address(es): _____

-3-

V. COUNSEL

    A. Do you have an attorney to represent you in this action?

        YES [ ]      NO [✓]

    B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

        YES [ ]      NO [✓]

    C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

        N/A
        N/A
        N/A

    D. If your answer to "B" is NO, explain why you have not made such efforts:

        No Money

    E. Have you previously been represented by counsel in a civil action in this Court?

        YES [ ]      NO [X]

    F. If your answer to "E" is YES, state the attorney's name and address:

        N/A
        N/A

VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

To You Mr. Ms. Mrs. Clerk Look At the Yellow Legal Pad I get on the Yellow Pad You Will See What I get for the Case OK You get What You need to Work or Case OK You Will See Thank You For Your Time

You Know I get No Money Why I Came You For Help I get money From the Cases I Will Pay What the Court Need Me to Pay OK So We good Yes or No I Need Your Help! OK God Is Good OK

VII.  RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

WHY IS I doing time For What Case is No good No Case. OK ~~they~~ in / yr in Audran County Jail and I Not on PNP Why is I doing DOC Time WHy! It is Missouri Way I Not From Missoui I From Ill OK

VIII.  MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☒   NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

_____

_____

_____

IX.  Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES ☒   NO [ ]

_____

mr. William K. Cole                                              2/7/2014
Signature of attorney or pro se Plaintiff(s)                     Date

-6-

SCOTT KINTNER
Notary Public - Notary Seal
State of Missouri
Commissioned for Cole County
My Commission Expires: March 15, 2016
Commission Number: 12315257

1 and 2/2

To the Clerk Mr or Ms. or Mrs. Clerk of 1983 UNItied States District Court Eastern District of Missouri 111 S. Tenth Street St Louis MO 63102 You get my copy of my Inmate Account From 1/12/13 to 1/20/14 You Know I get No! Money or 4.40 for my cases in Your Office and I can't get No money From my Family my Family Not get Money. Family get Bills to Pay So Why is You do me like it What! Not From Not is Not OK Clerk Mr. or Ms. or Mrs Clerk See I came to Y'All For Help Not to get Fuck By in Doc is Fuck me Not You to If I came get Money I would get it to you ~~Thank~~ OK Thank you

For Case Cole V. Massey et al, 2:14-CV00008-SPM and Case Cole V. Doc mcc et al No 2:14-CV00007 ERW I Get No Money so What up I Can't get Y'All Help on my 2 Cases i get in your office and I get 2 cases on Audran Count and Vandalle Police and Audran Prosecuto Attorney office and Audran Assistant Public Defender ~~Std~~ Missouri?
P. N. P.

COPY From my Pack 10/18/11 20:00 - 1573594-6876 #1/2

Mt Sterling Police Department 142 W. Main St.
MSSterling, IL 62353 Phone: 217-773-3961

Reporting officer: M Cremer M-4 Case Number: 10-17-11 MC
01 Incident: Phone harassment
Date time 10-17-11 At 11:50 location: 214 W Main Mt Sterling Victim: Ammoe C norvell. DOB 12-4-78 Address 214 W Main St Mt Sterling Phone 217-440-1978) suspect; William K Cole DOB 6-11-62 address 1009 W bland <or 200 Gaslight Rb Apt 31> Vandaila MO 63382, MO DOC #002523

Narrative

I Officer Cremer received a call from A norvell Who told me that today between 8pm and 11pm on 10-17-11 W Cole called her phone 17 times making death threats to her A Norvell recorded some of the calls he made to her telling her that Halloween is coming and he is going to kill her and burh her in her house also he to told her what she was driving with license plate number and her familys vehicles. also her social security number A. Norvell said that she recently moved and he does not know her new address. I asked A norvell to play some of the recordings for me and her statement to me was accurate. A norvell made the recordings on her daughters cell phone. A norvell has made complaints with the Mt Sterling P.D. over W Cole recently and would like to press charges against. Informed A norvell to keep the recordings saved A norvell also told me that recently in Missouri W Cole was arrested for breaking into her house and strangling her and part of his parols is to have no contact with A norvell. "I spoke with Vandalia P.D. and they informed me that have had multiple contacts with W Cole and he is to be considered armd! and dangerous"! "also use extreme caution if we make

we make Contact if We make Contact with him Vandalia P.D. Also said the W Cole has no means! of transportation but has been known to steal Cars. I Called Mr Charles Stevenson Who is W. Cole Parole Officer 1-573 592 4061 and left a Voice mail For him to Contact us over the matter. A Norvell gave me a Phone number For m. Cole 1-573-582-2828 Which I tried I tried to Call but it was Not in Service

    Thank You


P.S, From me William K Cole in Court on 2/4/13 Court said Vandalia P.D. Police lie and A. Norvell lie on Mr. William K. Cole and US Cellular Records Office lie on Cole the Court and the Prosecuto Attorney and Cole Attorney lie to Mr. Cole and on Mr Cole and You will see at so look in see At   OK

   Thank

From the Amended Motion to Vacate, Set Aside or Correct Judgment and Sentence Ok Look at ↓

## Judgment

Movant having met the burden of the preponderance of the evidence supporting his claims as out above, this Court does hereby order that Movant's Motion to Vacate, Set Aside, or Correct Sentence and Judgment is Sustained and the Conviction in Audrain County Case number 11AU-CR00714-01 is Vacated and Set aside.

Your Missouri Courts   Missouri Case net
11AU-cr00714-02-StV William Kendrick Cole
2/14/2013 Answer filed Filed By: Jacob W Shellabargr
2/11/2013 Hearing Scheduled Scheduled For 3/4/2013; 9:00 AM Wesley Clay Dalton; Audrain Hearing/Trial Cancelled Scheduled For: 3/4/2013; 9:00 AM; Keithm Sutherland; Audrain
Order > Order revoking Assignment of Senior Judge filed. Presiding Judge Wesley C. Dalton will Retain Jurisdiction of Said Matter. Filed by Wesley C. Dalton. Judge Assigned       Wesley Clay Dalton
2/8/2013 Writ of Habeas Corpus order Filed By: ~~Jacob W Shellabarge~~
2/6/2013 Writ Requested Filed by: Jacob W Shellabarger
2/5/2013 Hearing Scheduled Associated Entries: 2/11/2013 - Hearing/Trial Cancelled Scheduled For: 3/4/2013; 9:00 AM Keitm Sutherland; Audrain
2/4/2013 Guilty Plea Withdrawn Filed By: William KendRick Cole
click here to receive phone/e-mail notices of future hearings on this case

~~William K. Cole~~ Cause No-11AU-CR00719 ~~The State~~
Past Conviction 24.035 Attcited Claims

Claims- Ineffective Assistance of Counsel

## FACTS IS SUPPORT

1. Plea Counsel was ineffective, because, he failed to make the proper investigations into the State's case, in that, had Counsel investigated the States Witness he would have discovered, that, the State's alledged Victim's police reports were rife with deceptive and manufactured Statements that lead the reader to believe her relationship with the defendant was not significant, but that, he was someone she had briefly met and that after this brief association, the defendant then became obsesed with her and became offensive by harrassing her. Had Counsel performed a reasonable level of investigation he would have discovered that movant and the alledged victim have been involved in a significant relationship for Several years, including helping children with her together, having lived together, financial ties and other intimate relations As a result of failing to investigate and marshall undiscovered evidence of the close relationship, Counsel was not able and failed to challenge the veracity of the alledged Victims credibility in the first instance, Where, had counsel done so there exsisted a probability that Counsel Could have negotiated for lesser charges or even convince the State the charges were out of revenge and vindictiveness, because, defendant told Counsel the Victim was his significant other and because he had threatened her with legal action, loss of financial support due to her continued drug use around her children she had

William X Cole Cause No- 11AC-CR06414
Post Conviction 24.035
Attached Claims

1. Already successfully had false charges of burglary brought against him and he plead guilty to those charges due to the same level of ineffective assistance by Counsels Co Worker P.D Hernandez. Counsel's lack of interest in my case, and, to investigate my case, was apparent to movant and induced fear, misapprehension, as a result of movant's fears, he plead guilty after being told by counsel he would recieve upto 15 years if he went to trial and lost. the Plea was Involuntarily made

2. 

2
Plea Counsel was ineffective, because, Counsel failed to investigate the alledged victims background, in that, Movant informed Counsel, that, the alledge victim had a significant drug history, criminal history and a negative history with DFS regarding child care issues. because, the alleded Victim's drug use was documented by Certain state agencies, as was her criminal and DFS history that were accessible to Counsel for the purpose of establishing a viable defense predicated upon the alledged victims credibility which was very poor. As a result of this failure to provide due diligence, movant was deprived a viable defense, where, the credibility of the States Witness was crucial to the states case and could have been shown to be unbelievable before a jury. As a result of Counsels inaction, movant plead guilty involuntarily.

3.

Plea Counsel was ineffective, because, he failed to investigate the veracity of the police reports in that, Counsel misled Movant to believe that the ~~pote~~ Police reports would hurt his case in front of a jury, because, the police report by the Mt. Sterling Police Department by Officer M. Cremer revealed that Morant was considered "armed and dangerous" and "extreme caution" should be used during police contact Counsel told Movent that, if this information went in front of a jury, he would most likely be found guilty because of the nature of most likely be found guilty because of the nature of the charges, As a result, Movant became fearful and was intimidated by Counsel, because, he knew he had never been arrested for ~~any~~ violent crimes, and when it became apparent that Counsel was not willing to prove and discount this Claim by investigion, Movant's fear and misapprehension intensified and plead guilty involuntarily.

4.

Plea Counsel was ineffective and worked against Movant, because, Movants bond was unconstitutionally excessive and Counsel refused to enter and/or obtain a bond reduction hearing instead, Counsel used and took advantage of the fact that Counsel knew Morants 74 year Mother is in God Home to Day Day 2014 ok, Mother was very sick, even falling ill in Court. Yet instend of

authenticity             4.

fighting to get Morants bond reduced, Counsel instead was Continually making statements and averments to morants resistance to making a Plea with the State as the reason it would take him longer to get home to his Mother Plea Counsel used Morant's mother's Condition to Coerce a Plea of guilty by allowing the excessive bail to Stand, knowingly. As a result, this is the major reason morant went ahead and plead guilty. So he could begin the process of getting home to his disabled Mother, because morant is the only Child of his mother. Upon this action of Plea Counsel, the plea of guilty was the result of Coersion and mental & emoh and extortion by Counsel.

Movant's plea of guilty was not voluntarily made, because, Plea Counsel's tactics to induce the plea became apparent to Movant that they were designed to help the State obtain a Conviction, because, Counsel believed that movant believed his averment that Movant could recieve up to 15 years in prison For a Class D Felony if he did not accept the plea offer. This false representation only ~~Stee~~ Strengthen Morants resolve, that plea Counsel was ~~in~~ Misconduct and Unethical practice against movant to benifit the State Prosecutors Case.

The record is rife with Confusing information and there is no clear way to determine where inconsistancies lie. ⟨The record is Confusing⟩

## Claims

1. Diont Investigate Ammie G
2. Didn't inveestigate Police Reports – Vandaila P.D., Ill. P.D
3. Didn't Lower Bond = Mom, $$
4. DiD Not Get Deal = 15 Years ?? NoNo. Class D = 4 may
5. Phone RecoRds - Call
6. Learning Disability
7. Suppressed ⟨Hid⟩ Set-up ⟨frame-up⟩

6.

From the very begining, Movant made plea Counsel aware that he was legally disabled by a profound learning disibilty due to being dislexic, and that upon believing that, prior plea Counsel, P.D. Hernadez, a brother lawyer to Counsel, had duped him previously. Movant repeatedly and every time he had opportunity directed Counsel to consult Whatever manner of direction and decisions made to his mother and father. In fact, Counsel was instructed to call Movant's parents prior to every Court apperence and explain to the parents each stage of the proceedings and What Counsels intentions were based upon, the State's Position, so that the parents would be able to help Movant with the ability to rationally understand and have a factual understanding of What was being done to defend him. At no time did plea Counsel show any interest At no time did plea Counsel show any interest in making clear his intentions or the State's intentions to Movants parents, in that, Counsel fiatly refused to allow the parents to take part or assist or ensure that Movant was cogzinant of the complet nature of the law. Furthermore, Counsel never once even so much as took a statement from Movant or sent even an investigator to investigate any of the claims Movant was making against the Victim in his own defense Neither did Counsel intrview Movants parents who know the person and character of the alledged Victim and the significant history of Movant and

6.

The Victim, In fact, Plea Counsel Can not show that he perfomed not one Investigation into the States Case, because, Plea Counsel was bias and Predjudice against Movant as a result of the prevlous Conviction that Surrounded the Victim's allegations of burglary & assualt. It Would Seem Suspicious, that, Counsel Would engage in Conduct that falls far below what a Competent lawyer would do in the Least. Caesels actions upon Scruting of this plea, will Show that the only thing Counsel was Willing to do was to bring Morant before the Court and hand him over to the Stoite, because, Counsel's actions or lack there of are Clearly indicitive of Someone Who believes Morant is guilty. this is Why Counsel hed to Moramt and told him he faced 15 Years in prison if he Went to a Jury trial. Morant's Inmate lawyer proved this Could not be possible and Showed morant on the institutional law library Computer, that, a Class D felony Carried a Maximum 4 years. And ironically morant, unbeknowst to him, Plead guilty to a Class "D" Maximum term, And Counsel never Said a word.

Besides keeping quiet to the fact the Movant actually did not receive a "deal" to plead guilty as a result of the guilty plea, movant is left with the unsavory stigma of being a "Stalker" which the general public perrieves to be related to a rapist and the likes.

Plea Counsel took fall advantage of his Clients inability to rationalized the fact he was pleading to a maximum term, unknowingly. Plea Counsel took full advantage of Movants inability to comprehend the ramifications of pleading to the stigmatization of a Stalker, but instead, abused Movants disability by not defending movant through proper investigations to get at the truth, keep movant separated from his parents not informing the parents or interviewing them, presenting manufactered evidence, and threatening the life of his Client when he told him he could recieve a lengthy sendence that was not even possible.

In Conclusion to this post-conviction relief, it was never plea Counsels intention to get at the truth of the allegations made against his client, because, he believed his Client to be guilty as a result of bias and prejudice, and, used his Clients disability to confound, fristrate, and induce the obvious that Movant had no Choice but to plead guilty or face a lengthy prison term, supposibly.

Movants plea of guilty was involuntary as a result of plea Counsel's strategy to induce the same.

authenticity

fighting to get Movant's bond reduced, Counsel instend was continually making statements and averments to Morants resistance to making a Plea with the State as the reason it would takr him longer to get home to his mother. Plea Counsel used Movant's mother's condition to coerce a plea of guilty by allowing the excessive bail to stand, knowingly. As a result, this is the major reason Morant went ahead and plead guilty, so he could begin the process of getting home to his disabled Mother, because, Morant is the only child of his mother. Upon this action of Plea Counsel, the plea of guilty was the result of coersion and mental & emotional extortion by Counsel.